**FIBER OPTIC DESIGNS, Appellant,**

v.

**David J. KAPPOS, Director, United States Patent and Trademark Office, Appellee,**

and

**Seasonal Specialities, LLC, Appellee.**

No. 2012–1058.

United States Court of Appeals, Federal Circuit.

Aug. 14, 2012.

Matthew W. Stavish, Berenato & White, LLC, of Bethesda, MD, argued for appellant. With him on the brief was Joseph W. Berenato, III.

Coke M. Stewart, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA. With her on the brief were Raymond T. Chen, Solicitor, and Nathan K. Kelley, Associate Solicitor.

LOURIE, REYNA, and WALLACH, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.